# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

QUAMAYNE SIMMONS

       Plaintiff

  v.

Civil Action No.  3:22-cv-783

JOHN GALIPEAU, *Warden*
*TERMINATED: 07/07/2023*

LIVERS, *Ms., Nurse*

ALLEN, *Ms., Nurse*

KELLY, *Ms., Nurse*
*TERMINATED: 12/19/2022*

CHAPMAN, *Ms., Officer*
*TERMINATED: 07/07/2023*

WHITAKER, *Mr., Officer*
*TERMINATED: 07/07/2023*

GLEESON, *Ms., Sgt./Officer*
*TERMINATED: 07/07/2023*

BLACK, *Mr., Sir, Lt./Officer*
*TERMINATED: 07/07/2023*

WATTS, *Mr., Deputy Warden*
*TERMINATED: 09/19/2022*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

AO 450 (Rev. 01/09)  Judgment in a Civil Action

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Jon E DeGuilio.

DATE: 3/1/2024                           CHANDA J. BERTA, CLERK OF COURT


                                         by  s/A. Highlen_____
                                         *Signature of Clerk or Deputy Clerk*